

**IT IS ORDERED as set forth below:**

**Date: April 23, 2015**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| IN THE MATTER OF: | : | CASE NUMBER: G12-21854-JRS |
|---|---|---|
| GARY WILLIAM GAYLOR, | : | |
| | : | CHAPTER 7 |
| | : | |
| Debtor(s). | : | JUDGE SACCA |

O R D E R

The above-styled bankruptcy case is before the Court on the Debtor's Motion to Reopen Chapter 7 to amend schedules filed on April 16, 2015.  After consideration of the motion, it is,

ORDERED that the motion is GRANTED and the case is reopened for the purpose of amending the schedules.  The automatic stay is not re-imposed with the reopening of the case.  The Debtor has (30) days upon entry of this order to amend schedules.  After that time the Clerk can close the case.

(END OF ORDER)