**IT IS ORDERED as set forth below:**



Date: April 23, 2015

_____
James R. Sacca
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| IN THE MATTER OF: | : | CASE NUMBER: G12-21854-JRS |
|---|---|---|
| GARY WILLIAM GAYLOR, | : | |
| | : | CHAPTER 7 |
| | : | |
| Debtor(s). | : | JUDGE SACCA |

O R D E R

The above-styled bankruptcy case is before the Court on the Debtor's Motion to Reopen Chapter 7 to amend schedules filed on April 16, 2015.  After consideration of the motion, it is,

ORDERED that the motion is GRANTED and the case is reopened for the purpose of amending the schedules.  The automatic stay is not re-imposed with the reopening of the case. The Debtor has (30) days upon entry of this order to amend schedules.  After that time the Clerk can close the case.

(END OF ORDER)

```
                              United States Bankruptcy Court
                               Northern District of Georgia
In re:                                                                        Case No. 12-21854-jrs
Gary William Gaylor                                                           Chapter 7
        Debtor
                                      CERTIFICATE OF NOTICE
District/off: 113E-8          User: jaster                 Page 1 of 2                  Date Rcvd: Apr 24, 2015
                              Form ID: pdf466              Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2015.
db             +Gary William Gaylor,    P.O. Box 2964,    Cleveland, GA 30528-0052
aty            +Barbara Ann Cole,    Barbara Cole, Attorney at Law, LLC,    380 Green St., NE,
                 Gainesville, GA 30501-3372
15863983        Accounts Recievable Management,    P.O. Box 561,    Thorofare, NJ 08086-0561
15863985        American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
15863990       +Atlantic Pathology Group PA,    1335 Valentine Street,    Melbourne, FL 32901-3127
15863991      ++BREVARD EMERGENCY SERVICES,     PO BOX 1928,    MELBOURNE FL 32902-1928
                (address filed with court:    Brevard Emergency Service,    P.O. Box 361907,    Melbourne, FL 32936)
15863992       #+Bureau Of Collection Recovery,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
15864040      ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
                (address filed with court:    Washington Mutual Card Services,    P.O. Box 660487,
                 Dallas, TX 75266-0487)
15863996        Capital One,   P.O. Box 30281,    Salt Lake City, UT 84130-0281
15863997       +Chase Bank USA,    P.O. Box 15298,    Wilmington, DE 19850-5298
15863998        Citibank,   P.O. Box 6415,    The Lakes, NV 88901-6415
15864000        City Of Palm Bay/ Utilities,    P.O. Box 850001,    Orlando, FL 32885-0072
15864001       +Computer Credit Inc,    P.O. Box 5238,    Winston-Salem, NC 27113-5238
15864002       +DBI Find Holdings, LLC,    30 Wall Street 6th Floor,    New York, NY 10005-2214
15864041      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court:    Webbank/DFS,    1 Dell Way Bldg B,    Round Rock, TX 78682-7000)
15864003        Debt Management Servicing Center,    Financial Management Service,    P.O. Box 830794,
                 Birmingham, AL 35283-0794
15864008        First Source Advantage, LLC,    P.O. Box 628,    Buffalo, NY 14240-0628
15864009       +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
                 Houston, TX 77081-1108
15864010        GMAC Mortgage,    P.O. Box 4622,    Waterloo, IA 50704-4622
15864011        GMAC/Ditech Mortgage,    P.O Box 4622,    Waterloo, IA 50704-4622
15864013        Harris Sanitation,    3411 N 40th Street,    Tampa, FL 33605-1698
15864014       +Health First,    3300 Fiske Blvd,    Rockledge, FL 32955-4306
15864015        Heritage Pacific,    P.O. Box 41309,    Nashville, TN 37204-1309
15864020       #+Law Office Of Joe Pezzuto,    4013 E Broadway Suite A2,    Phoenix, AZ 85040-8818
15864026       +MIMA,   200 E Sheridan Rd,    Melbourne, FL 32901-3142
15864028       +Peter Koretsky Md,    2955 Pineda Plaza Way,    Melbourne, FL 32940-7306
15864029       +Pioneer Credit Recovery Inc,    P.O. Box 189,    Arcade, NY 14009-0189
15864030       +Pollack & Rosen PA,    800 Douglas Road,    North Tower Suite 450,    Coral Gables, FL 33134-3125
15864031       +RMS,   P.O. Box 509,    Richfield, OH 44286-0509
15864032       +Rod Northcutt/Tax Collector,    P.O. Box 2500,    Titusville, FL 32781-2500
15864033        Sears/Citibank,    8725 W Sahara Ave,    The Lakes, NV 89163-0001
15864035       +State Of Florida,    Dept Of Corrections Dba Irci,    2601 Blairstone Rd,
                 Tallahassee, FL 32399-6563
15864036       +State Of Florida Dept Of Corrections,    2601 Blairstone Rd,    Tallahassee, FL 32399-6563
15864037       +Subhash Thareja, MD,    P.O. Box 1980,    Melbourne, FL 32902-1980
15864038       +Surgery Center Of Melbourne,    1401 S Apollo Blvd Suite B,    Melbourne, FL 32901-3179
15864039       +Thomas Landis, Esquire,    3325 Street Road Suite 220,    Bensalem, PA 19020-2021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              E-mail/Text: bnappier@ecf.epiqsystems.com Apr 24 2015 21:15:05      Betty A. Nappier,
                 Law Office of B. A. Nappier,    P. O. Box 1649,    Cumming, GA 30028-1649
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Apr 24 2015 21:14:40
                 Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
                 Atlanta, GA 30303-3315
15863984       +E-mail/Text: roy.buchholz@allianceoneinc.com Apr 24 2015 21:13:03      Alliance One,
                 4850 Street Road Suite 300,    Trevose, PA 19053-6643
15863987        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 24 2015 21:14:56      Asset Acceptance , LLC,
                 P.O Box 2036,    Warren, MI 48090-2036
15863993       +E-mail/Text: ebn@squaretwofinancial.com Apr 24 2015 21:15:52      Cach LLC,
                 4340 S Monaco 2nd Floor,    Denver, CO 80237-3485
15863994       +E-mail/Text: ebn@squaretwofinancial.com Apr 24 2015 21:15:52      Cach, LLC,
                 4340 S Monaco St  2nd Floor,    Denver, CO 80237-3485
15863995        E-mail/Text: gocadle@cadleco.com Apr 24 2015 21:15:47      Cadles Of Grassy Meadows, LLC,
                 100 North Center Street,    Newton Falls, OH 44444-1321
15864005        E-mail/Text: lweidhaas@dyckoneal.com Apr 24 2015 21:15:15      Dyck O’Neal,    P.O. Box 13370,
                 Arlington, TX 76094
15864004        E-mail/Text: Bankruptcy.Consumer@dish.com Apr 24 2015 21:15:04      Dish Network,
                 P.O. Box 3348,    Danville, VA 24543-3348
15864016       +E-mail/Text: bankruptcy@icsystem.com Apr 24 2015 21:16:08      IC System,    P.O. Box 64378,
                 Saint Paul, MN 55164-0378
15864017       +E-mail/Text: bankruptcy@icsystem.com Apr 24 2015 21:16:08      IC System, Inc,
                 444 Highway 96 East Box 64887,    St Paul, MN 55127-2557
15864018        E-mail/Text: bankruptcy@icsystem.com Apr 24 2015 21:16:08      IC Systems,    P.O. Box 64378,
                 Saint Paul, MN 55164-0378
15864019        E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Apr 24 2015 21:15:35
                 Jefferson Capital Systems, LLC,    16 Mcleland Road,    St Cloud, MN 56303
```

```
District/off: 113E-8           User: jaster                Page 2 of 2                  Date Rcvd: Apr 24, 2015
                               Form ID: pdf466             Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15864021         E-mail/Text: bkr@cardworks.com Apr 24 2015 21:12:59        Merrick Bank,    P.O. Box 9201,
                  Old Bethpage, NY 11804-9001
15864023         E-mail/Text: bankruptcydpt@mcmcg.com Apr 24 2015 21:15:07        Midland Credit Management,
                  P.O. Box 60578,    Los Angeles, CA 90060-0578
15864022        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 24 2015 21:15:07        Midland Credit Management,
                  P.O. Box 603,    Oaks, PA 19456-0603
15864024        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 24 2015 21:15:07        Midland Funding, LLC,
                  8875 Aero Dr   Suite 200,    San Diego, CA 92123-2255
15864034        +E-mail/Text: birminghamtops@sba.gov Apr 24 2015 21:15:52        Small Business Administration,
                  801 Tom Martin Drive Suite 120,    Birmingham, AL 35211-6424
                                                                                               TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Dyck-O'Neal, Inc.,   P. O. Box 13370,   Arlington, TX 76094-0370
15863988*        Asset Acceptance , LLC,    P.O.Box 2036,    Warren, MI 48090-2036
15863989*        Asset Acceptance, LLC,    P.O. Box 2036,    Warren, MI 48090-2036
15864007*      ++DYCK O NEAL INC,    P O BOX 13370,    ARLINGTON TX 76094-0370
                 (address filed with court:   Dyck-O'Neal,    P.O. Box 13370,   Arlington, TX 76094)
15982639*       +Dyck-O'Neal, Inc.,   PO Box 13370,   Arlington, TX 76094-0370
15864012*        GMAC/Ditech Mortgage,    P.O. Box 4622,   Waterloo, IA 50704-4622
15864025*        Midland Funding, LLC,    8875 Aero Dr   Suite 200,    San Diego, CA 92123-2255
15863982        ##ACCB,   P.O. Box 560855,    Rockledge, FL 32956-0855
15863986        ##+Andreu, Palma & Andreu,    701 SW 27th Ave Suite 900,    Miami, FL 33135-3000
15863999        ##+City Of Palm Bay Code Enforcement,    5240 Babcock St Suite 310,    Palm Bay, FL 32905-4643
15864006        ##+Dyck O'Neal Inc,   3214 W Park Row Dr,    Arlington, TX 76013-3136
15864027        ##+Pentagroup Financial, LLC,    5959 Corporate Drive Suite 1400,    Houston, TX 77036-2311
                                                                                 TOTALS: 0, * 7, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2015 at the address(es) listed below:
```
          Barbara Ann Cole    on behalf of Debtor Gary William Gaylor bcoleattorney@gmail.com
          Betty A. Nappier     bnappier@ecf.epiqsystems.com
          Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
                                                                                             TOTAL: 3
```